No. 65696.—John H. Faunce Phila., Inc. *v.* United States, protest 58/17832 (Philadelphia).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of parts of a metallurgical blast furnace in chief value of metal the same as those the subject of *John H. Faunce Phila., Inc.* v. *United States* (43 Cust. Ct. 34, C.D. 2149), the claim of the plaintiff was sustained.

No. 65697.—Century Ribbon Mills, Inc. *v.* United States, protests 264531–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the items marked "A," "B," or "C" consist of nylon ribbons similar in use to pile ribbons, wholly or in chief value of silk, the claims of the plaintiff were sustained as follows: (1) The item marked "A" at 25 percent ad valorem under paragraph 1206, as modified by the General Agreement on Tariffs and Trade (T.D. 51802) and (2) the items marked "B" or "C" at 23½ or 22½, respectively, under said paragraph 1206, as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108). The items marked "D," "E," or "F," stipulated to consist of nylon ribbons similar in use to silk ribbons, made from fabrics with fast edges, not exceeding 12 inches in width, were held dutiable as follows: (1) The items marked "D" at 22½ percent under paragraph 1207, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739) and the items marked "E" or "F" at 21 or 20 percent, respectively, under said paragraph 1207, as modified by T.D. 54108. *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), followed.

No. 65698.—Sniafibres Corp. *v.* United States, protests 60/3308, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise is similar in use to thrown silk not more advanced than singles, tram, or organzine and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.